## CERTIFICATION OF PLAINTIFF

I, ROBERT BERG ("Plaintiff"), hereby declare as to the claims asserted under the federal securities laws that:

1.     Plaintiff has reviewed the complaint and authorizes its filing.

2.     Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, and I will testify at deposition or trial, if necessary.  I understand that this is not a claim form and that I do not need to execute this Certification to share in any recovery as a member of the class.

4.     Plaintiff's purchase and sale transactions in the Tribune Media Company (NYSE: TRCO) security that is the subject of this action during the class period is/are as follows:

<table>
<tr><td colspan="3" align="center"><b>PURCHASES</b></td><td colspan="3" align="center"><b>SALES</b></td></tr>
<tr><td><b>Buy Date</b></td><td><b>Shares</b></td><td><b>Price per Share</b></td><td><b>Sell Date</b></td><td><b>Shares</b></td><td><b>Price per Share</b></td></tr>
<tr><td>9/27/16</td><td>55</td><td>$35.50</td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

*Please list additional transactions on separate sheet of paper, if necessary.*

5.     Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including Plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6.      During the three years prior to the date of this Certification, Plaintiff has not moved to serve as a representative party for a class in an action filed under the federal securities laws.

7.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ 7th day of July, 2017.

_____
ROBERT BERG